# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re:  RONALD J. GUZY | § | Case No. 10-73999 |
| MARYLOU GUZY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was converted to chapter 13 on  10/25/2010.

2) The plan was confirmed on  02/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 03/15/2012.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  12/21/2011, 12/01/2015, 12/09/2015.

5) The case was dismissed on  01/08/2016.

6) Number of months from filing or conversion to last payment:  59.

7) Number of months case was pending:  64.

8) Total value of assets abandoned by court order:  NA.

9) Total value of assets exempted:  $28,400.00.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 100,663.83 | |
| Less amount refunded to debtor(s) | $ 57.64 | |
| **NET RECEIPTS** | | $ 100,606.19 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,700.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 5,815.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 7,515.82 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,800.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MATUSZEWICH, KELLY & | Lgl | 0.00 | 3,500.00 | 3,500.00 | 1,700.00 | 0.00 |
| BANK OF AMERICA | Uns | 142,421.99 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES INC | Uns | 0.00 | 66,646.65 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 10,985.22 | 35,478.79 | 35,478.79 | 35,478.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 2,927.69 | 2,927.69 | 2,170.15 | 0.00 |
| AFNI INC | Uns | 406.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 4,038.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 8,572.00 | 9,398.76 | 9,398.76 | 6,966.83 | 0.00 |
| BENEFICIAL FINANCE | Uns | 16,982.42 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 19,799.00 | 20,713.26 | 20,713.26 | 15,353.69 | 0.00 |
| CAPITAL ONE | Uns | 1,608.56 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,690.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,794.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,497.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Uns | 1,754.71 | 1,727.57 | 1,727.57 | 1,280.56 | 0.00 |
| CAPITAL ONE BANK | Uns | 566.67 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 2,307.96 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 3,594.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEMS | Uns | 608.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,168.00 | 3,009.30 | 3,009.30 | 2,230.64 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,899.00 | 3,535.03 | 3,535.03 | 2,620.34 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 3,275.00 | 3,309.92 | 3,309.92 | 2,453.48 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 6,543.00 | 6,735.93 | 6,735.93 | 4,993.01 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 543.00 | 640.47 | 640.47 | 474.75 | 0.00 |
| CITI FINANCIAL | Uns | 2,844.19 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 144.00 | 142.99 | 142.99 | 99.89 | 0.00 |
| PYOD LLC | Uns | 7,137.00 | 7,362.03 | 7,362.03 | 5,457.10 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,844.00 | 2,864.56 | 2,864.56 | 2,123.35 | 0.00 |
| CITIFINANCIAL RETAIL SERVICES | Uns | 880.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CRYSTAL LAKE FINANCE | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 345.67 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 152.00 | 253.63 | 253.63 | 177.18 | 0.00 |
| DISCOVER BANK | Uns | 5,022.00 | 5,152.39 | 5,152.39 | 3,819.21 | 0.00 |
| EDWARD GUZY | Uns | 1,345.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 578.32 | 687.33 | 687.33 | 509.48 | 0.00 |
| FIRST PREMIER BANK | Uns | 641.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 414.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 2,865.34 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,864.00 | 2,844.19 | 2,844.19 | 2,108.25 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,499.00 | 1,638.48 | 1,638.48 | 1,214.53 | 0.00 |
| GE MONEY BANK | Uns | 226.00 | 182.81 | 182.81 | 127.71 | 0.00 |
| HSBC | Uns | 4,919.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 890.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 1,971.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 3,566.86 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 503.00 | 579.23 | 579.23 | 429.35 | 0.00 |
| MERRICK BANK | Uns | 1,499.78 | 1,680.35 | 1,680.35 | 1,245.56 | 0.00 |
| MORAINE EMERGENCY | Uns | 79.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MORAINE EMERGENCY | Uns | 184.00 | NA | NA | 0.00 | 0.00 |
| PERFERRED CUSTOM AC | Uns | 1,697.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK CREDIT | Uns | 361.00 | 426.66 | 426.66 | 316.26 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 9,419.27 | 0.00 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Uns | 209.00 | 185.83 | 185.83 | 129.82 | 0.00 |
| VERIZON WIRELESS | Uns | 147.28 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 90.00 | 1,767.89 | 1,767.89 | 1,310.44 | 0.00 |
| MANNY HERNANDEZ | Pri | 45.52 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 35,478.79 | $ 35,478.79 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 35,478.79 | $ 35,478.79 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 77,766.30 | $ 57,611.58 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 7,515.82 |
| Disbursements to Creditors | $ 93,090.37 |
| **TOTAL DISBURSEMENTS:** | $ 100,606.19 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 03/17/2016      By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)